THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Marion P.
 Champion, Appellant.
 
 
 

Appeal From Sumter County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2007-UP-381
 Submitted September 1, 2007  Filed
 September 18, 2007   

AFFIRMED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Julie M. Thames, Office of the Attorney General, all of
 Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  In January 2006, Marion Pierre Champion
 was tried and convicted by a jury of distribution of crack cocaine.  He was
 sentenced to fifteen years.  Champion timely appeals this conviction arguing
 the trial court erred by denying his directed verdict motion.  
We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  In re Matthews,
 345 S.C. 638, 550 S.E.2d 311 (2001) (holding that when ruling on a motion for a
 directed verdict, the trial court is concerned with the existence or
 nonexistence of evidence, not its weight); State v. Harris, 351 S.C. 643, 653, 572 S.E.2d 267, 273 (2002)
 (stating if there is any direct evidence or substantial circumstantial evidence
 reasonably tending to prove the guilt of the accused, the appellate court must
 find the case was properly submitted to the jury); State
 v. Gaster, 349 S.C. 545, 555, 564
 S.E.2d 87, 92 (2002) (holding the appellate court may reverse the trial courts
 denial of a motion for a directed verdict only if there is no evidence to
 support the trial courts ruling).
AFFIRMED.
HEARN,
 C.J., ANDERSON and THOMAS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.